UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AMANDA COSTELLO and LONIECE REED, :
individually and on behalf of all other persons :
similarly situated, :
:
                       Plaintiffs, :
: No. 13 Civ. 1359 (GHW)
        -against- :
:
KOHL's ILLINOIS, INC., KOHL'S :
CORPORATION, and KOHL'S, :
DEPARTMENT STORES, INC., :
:
                       Defendants. :
-------------------------------------------------------------x

## NOTICE OF FILING OF CONSENT TO JOIN FORMS

PLEASE TAKE NOTICE THAT, on October 29, 2014, pursuant to 29 U.S.C. § 216(b) and the Orders of this Court, Plaintiffs hereby file the Consent to Join forms (see Exhibit A hereto) for the following individuals, who shall participate as Opt-Ins in the above captioned case:

| | | |
|---|---|---|
| 1. | Valerie | Vandenberg |
| 2. | Tami | Anton |
| 3. | Kristie | Mcdonald |
| 4. | Sean | Meagher |
| 5. | Angela | Yancy |
| 6. | Christine | Scott |
| 7. | Terry | Miller |
| 8. | Deborah | Martin |
| 9. | Jeffrey | Adamcik |
| 10. | Renae | Hutchinson |
| 11. | Kristy | Van Epps |
| 12. | Valerie | Ellis |
| 13. | Caitlin | Horton |
| 14. | Cathy | Weaver |
| 15. | Scott | Kransky |
| 16. | Alicia | Weisel |
| 17. | Darlene | Hemler |

| 18. | David | Walsh |
| --- | --- | --- |
| 19. | Kristin | Nickerson |
| 20. | Brandon | Masamitsu |

Dated: October 29, 2014
New York, New York

By: s/ Charles Gershbaum

Marc S. Hepworth
David A. Roth
Mathew A. Parker
192 Lexington Avenue, Suite 802
New York, New York 10016
telephone: (212) 545-1199

*Attorneys for Plaintiffs and Opt-Ins*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 29, 2014 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

s/ Charles Gershbaum
Attorneys for the Plaintiffs and Opt-Ins
