# EXHIBIT A

Costello v. Kohl's
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1370
Email: kohlslawsuit@gcginc.com

**KLS**





KLS0200040676

VALERIE S. VANDENBERG

OCT 25 2014

Consent Number: 1000407

Control Number: 1149424662

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL
## FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf. I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense. I agree to be bound by any adjudication of this action by a court.

_Valerie S. Vandenberg_
Print Name

_Valerie S. Vandenberg_
Signature

_10/22/2014_
Date

**PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT**

LAST NAME
V a n d e n b e r g

FIRST NAME
V A L E R I E

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

**Costello v. Kohl's**
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1370
Email: kohlslawsuit@gcginc.com

# KLS





OCT 25 2014

KLS0200048048



TAMI L. ANTON

Consent Number: 1000481

Control Number: 2696213771

## <u>CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL</u>
## <u>FAIR LABOR STANDARDS ACT</u>

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf. I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense. I agree to be bound by any adjudication of this action by a court.

Tami Anton
Print Name

[signature]
Signature

10/22/14
Date

PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT

LAST NAME
Anton

FIRST NAME
Tami



**Costello v. Kohl's**
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1370
Email: kohlslawsuit@gcginc.com

# KLS





KLS0200055032

KRISTIE R MCDONALD

Consent Number: 1000551

Control Number: 2264019213

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL
## FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf. I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense. I agree to be bound by any adjudication of this action by a court.

Kristie McDonald
Print Name

K. McD
Signature

10/21/14
Date

PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT

**LAST NAME**
McDonald

**FIRST NAME**
Kristie

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

**Costello v. Kohl's**
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1370
Email: kohlslawsuit@gcginc.com

**KLS**



OCT 25 2014



KLS0200074626

SEAN P. MEAGHER

Consent Number: 1000747

Control Number: 0143679624

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf. I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense. I agree to be bound by any adjudication of this action by a court.

Sean Patrick Meagher Jr
Print Name

Sean
Signature

10/16/14
Date

PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT

LAST NAME: M E A G H E R

FIRST NAME: S E A N

**Costello v. Kohl's**
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1370
Email: kohlslawsuit@gcginc.com

**KLS**

 

KLS0200079961

ANGELA Y. YANCY

OCT 25 2014
The Garden City Group, Inc.

Consent Number: 1000800

Control Number: 0116907708

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL
## FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf. I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense. I agree to be bound by any adjudication of this action by a court.

_Angela Yancy_     _Angela Yancy_     _10-20-14_
Print Name         Signature         Date

**PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT**

**LAST NAME**: YANCY

**FIRST NAME**: ANGELA

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

**Costello v. Kohl's**
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1370
Email: kohlslawsuit@gcginc.com



**KLS**

KLS0200108964



CHRISTINE MARIA SCOTT

The Garden City Group, Inc.
OCT 25 2014

Consent Number: 1001090

Control Number: 1924414525

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL
## FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf. I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense. I agree to be bound by any adjudication of this action by a court.

Christine Scott                    Chris Scott                    10/16/14
Print Name                         Signature                      Date

**PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT**

LAST NAME                          FIRST NAME
Scott                              Christine

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

**Costello v. Kohl's**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1370**
**Email: kohlslawsuit@gcginc.com**

# KLS



KLS0200114202

TERRY D MILLER

Consent Number: 1001143

Control Number: 2364020659

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL
## FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf. I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense. I agree to be bound by any adjudication of this action by a court.

Terry Miller
Print Name

Terry Miller
Signature

10/15/2014
Date

PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT

LAST NAME
MILLER

FIRST NAME
TERRY

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

**Costello v. Kohl's**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1370**
**Email: kohlslawsuit@gcginc.com**



KLS

KLS0200170171

DEBORAH MARTIN



The Garden City Group, Inc.
OCT 25 2014



Consent Number: 1001702

Control Number: 0658129010

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL
## FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf. I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense. I agree to be bound by any adjudication of this action by a court.

Deborah Martin                     Deborah Martin                     10-21-14
Print Name                                Signature                              Date

PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT

LAST NAME                                                          FIRST NAME
MARTIN                                                              DEBORAH

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

**Costello v. Kohl's**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1370**
**Email: kohlslawsuit@gcginc.com**



KLS

KLS0200172790



JEFFREY ADAMCIK





Consent Number: 1001728

Control Number: 1019514266

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf.  I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct.  I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement.  I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense.  I agree to be bound by any adjudication of this action by a court.

*JEFFREY J. ADAMCIK*
Print Name

*Jeffrey Adamcik*
Signature

*10-19-14*
Date

**PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT**

LAST NAME
*ADAMCIK*

FIRST NAME
*JEFFREY*

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

**Costello v. Kohl's**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1370**
**Email: kohlslawsuit@gcginc.com**



**KLS**

KLS0200201017



RENAE HUTCHINSON



OCT 25 2014



Consent Number: 1002011

Control Number: 0002770246

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL
## FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf.  I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct.  I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement.  I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense.  I agree to be bound by any adjudication of this action by a court.

Renae Hutchinson
Print Name

X. Hutchinson
Signature

10/16/14
Date

---

**PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT**

LAST NAME
HUTCHINSON

FIRST NAME
RENAE

---

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

**Costello v. Kohl's**
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1370
Email: kohlslawsuit@gcginc.com



**KLS**

KLS0200245540



KRISTY M. VAN EPPS



OCT 25 2014



Consent Number: 1002456

Control Number: 0854413244

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL
## FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf. I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense. I agree to be bound by any adjudication of this action by a court.

Kristy Van Epps
Print Name

Signature

10/21/14
Date

**PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT**

**LAST NAME**
V A N   E P P S

**FIRST NAME**
K R I S T Y

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

Costello v. Kohl's
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1370
Email: kohlslawsuit@gcginc.com



KLS





KLS0200247286



VALERIE V. ELLIS
4314 DON ARELLANES DRIVE
LOS ANGELES, CA 90008

Consent Number: 1002473

Control Number: 0607528980

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL
## FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf. I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense. I agree to be bound by any adjudication of this action by a court.

VALERIE   Ellis
_____
Print Name

_____
Signature

10·16·14
_____
Date

PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT

LAST NAME
E L L I S

FIRST NAME
V A L E R I E

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

**Costello v. Kohl's**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1370**
**Email: kohlslawsuit@gcginc.com**

**KLS**





KLS0200278617



CAITLIN HORTON

Consent Number: 1002787

Control Number: 0003006528

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf. I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense. I agree to be bound by any adjudication of this action by a court.

Caitlin M. Horton
Print Name

*Caitlin M Horton*
Signature

10/14/14
Date

**PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT**

**LAST NAME**
HORTON

**FIRST NAME**
CAITLIN

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

**Costello v. Kohl's**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1370**
**Email: kohlslawsuit@gcginc.com**



KLS0200279878



CATHY L. WEAVER

 

Consent Number: 1002799

Control Number: 2807327515

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL
## FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf. I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense. I agree to be bound by any adjudication of this action by a court.

Cathy L. Weaver                    Cathy L Weaver                    10/20/14
Print Name                          Signature                          Date

| PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT |
|---|

**LAST NAME**   W e a v e r

**FIRST NAME**   C a t h y

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

**Costello v. Kohl's**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1370**
**Email: kohlslawsuit@gcginc.com**



# KLS

KLS0200285213



SCOTT A. KRANSKY



The Garden City Group, Inc.
OCT 25 2014



Consent Number: 1002853

Control Number: 0816217970

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL
## FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf.  I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct.  I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement.  I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense.  I agree to be bound by any adjudication of this action by a court.

| Scott Kransky | _signature_ | 10-19-14 |
|---|---|---|
| Print Name | Signature | Date |

**PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT**

**LAST NAME**
Kransky

**FIRST NAME**
Scott

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

**Costello v. Kohl's**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1370**
**Email: kohlslawsuit@gcginc.com**



KLS0200313634



ALICIA NICOLE WEISEL



OCT 25 2014



Consent Number: 1003137

Control Number: 2162518343

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL
## FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf. I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense. I agree to be bound by any adjudication of this action by a court.

*Alicia Nicole Weisel*      *Alicia Weisel*      *10/21/14*
Print Name                Signature               Date

PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT

**LAST NAME**                           **FIRST NAME**

W E I S E L                              A L I C I A

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

**Costello v. Kohl's**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1370**
**Email: kohlslawsuit@gcginc.com**



KLS



THE GARDEN CITY GROUP INC.
OCT 27 2014



KLS0200015747

DARLENE M. HEMLER

Consent Number: 1000158

Control Number: 2600519218

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL
## FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf. I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense. I agree to be bound by any adjudication of this action by a court.

DARLENE HEMLER
Print Name

*Darlene Hemler*
Signature

10/21/2014
Date

| PLEASE FILL IN THE INFORMATION BELOW. THIS INFORMATION WILL NOT BE FILED WITH THE COURT | |
|---|---|
| LAST NAME | FIRST NAME |
| H E M L E R | D A R L E N E |

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

**Costello v. Kohl's**
**c/o GCG**
**P.O. Box 9349**
**Dublin, OH 43017-4249**
**Telephone: 1(800) 231-1815**
**Fax: 1(844) 553-1370**
**Email: kohlslawsuit@gcginc.com**

# KLS



KLS0200031364





DAVID T. WALSH

Consent Number: 1000314

Control Number: 0226452176

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL
## FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf. I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense. I agree to be bound by any adjudication of this action by a court.

DAVID T. WALSH
Print Name

*David T. Walsh*
Signature

10/24/14
Date

PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT.

LAST NAME: W A L S H

FIRST NAME: D A V I D

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

Costello v. Kohl's
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1370
Email: kohlslawsuit@gcginc.com



KLS





KLS0200066769



KRISTIN M. NICKERSON

Consent Number: 1000668

Control Number: 0281663826

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf.  I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct.  I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement.  I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense.  I agree to be bound by any adjudication of this action by a court.

| KRISTIN M NICKERSON | | 10/22/14 |
|---|---|---|
| Print Name | Signature | Date |

**PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT**

LAST NAME

N I C K E R S O N

FIRST NAME

K R I S T I N

To view GCG's Privacy Notice, please visit http://www.gcginc.com/privacy

**Costello v. Kohl's**
c/o GCG
P.O. Box 9349
Dublin, OH 43017-4249
Telephone: 1(800) 231-1815
Fax: 1(844) 553-1370
Email: kohlslawsuit@gcginc.com

# KLS

KLS0200070358



BRANDON S. MASAMITSU



OCT 27 2014



Consent Number: 1000704

Control Number: 1209827597

## CONSENT TO JOIN LAWSUIT FILED UNDER THE FEDERAL
## FAIR LABOR STANDARDS ACT

By my signature below, I consent to become a party plaintiff in this lawsuit, and I hereby designate the named plaintiffs to act on my behalf. I hereby authorize the filing and prosecution of claims in my name in *Costello, et al. v. Kohl's*, No. 1:13-cv-1359 (S.D.N.Y.) to pay me overtime wages as required under federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Plaintiffs' counsel to represent me in this suit and to make decisions on my behalf concerning the litigation and in the event of a possible settlement. I understand that I am permitted to proceed with alternative counsel of my own choosing at my own expense. I agree to be bound by any adjudication of this action by a court.

Brandon Masamitsu
_____
Print Name

_____
Signature

10/15/14
_____
Date

PLEASE FILL IN THE INFORMATION BELOW: THIS INFORMATION WILL NOT BE FILED WITH THE COURT.

LAST NAME
| M | a | s | a | m | i | t | s | u | | | | | | |

FIRST NAME
| B | r | a | n | d | o | n | | | | | | | | |